# Order

**Michigan Supreme
Court
Lansing, Michigan**

May 5, 2015

Robert P. Young, Jr.,
Chief Justice

151469(20)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 151469
COA: 324126
Kent CC: 09-009629-FC

BRANDON JASON FLAKES,
        Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 54-page application submitted on April 22, 2015, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2015

_____